# United States District Court

**Southern** DISTRICT OF **New York**

MATILDA BELOVIC, by her next friend, SUELLEN TOZZI;
GENEVIEVE C.; MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend, SARAH T. GILLMAN,
individually, and on behalf of all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

ROBERT DOAR, as Commissioner of the New York City
Human Resources Administration; GLADYS CARRION, as
Commissioner of the New York State Office of Children &
Family Services; DAVID HANSELL, as Acting Commissioner of
the New York State Office of Temporary & Disability
Assistance; and RICHARD F. DAINES, as Acting
Commissioner of the New York State Department of Health,

CASE NUMBER:

**07 CV 2876**

**JUDGE PRESKA**

TO: (Name and address of defendant)

Robert Doar, Commissioner,
NYC Human Resources Administration
180 Water Street,
New York, New York, 10038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

YISROEL SCHULMAN, ESQ.
New York Legal Assistance Group
Jane Greengold Stevens, of Counsel (JS 4790)
450 West 33rd Street, 11th Floor
New York, NY 10001
Tel: 212-613-5000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 1 0 2007

J. MICHALL McMAHON
CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 04/11/2007 |
| NAME OF SERVER (PRINT)  GARY WELKES | TITLE  PARALEGAL |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 180 WATER STREET, 14th Floor, NEW YORK, NY 10038

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/13/07
           Date

Signature of Server

450 W. 33 St., NY 10001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.