UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

      Plaintiffs,

  -against-

ROBERT DOAR, as Commissioner of the
New York City Human Resources
Administration; GLADYS CARRION, as
Commissioner of the New York State Office
of Children & Family Services; DAVID
HANSELL, as Acting Commissioner of the
New York State Office of Temporary &
Disability Assistance; and RICHARD F.
DAINES, as Acting Commissioner of the New
York State Department of Health,

      Defendants.

---------X

**Affidavit of Service**

07 Civ. 02876

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     SOUTHERN COUNTY     UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 07 CV 2876   AND FILED ON

ATTORNEY(S): New York Legal Assistance Group, Caroline Hickey

Matilda Belovic, by her next friend, Suellen Tozzi; Genevieve C.; Madelaine Andrews; Et Al
— Plaintiff(s)/Petitioners

vs

Robert Doar, as Commissioner of the New York City Human Resources Administration; et al
— Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY, SS.:

__John Longton__, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on __April 16, 2007__ at __10:40am__ at __NYS Office of Children and Family Services, 52 Washington Street, Rensselaer, NY 12144__ deponent served the within __Order to Show Cause with Summons and Complaint__

on: __Gladys Carrion, Commissioner, Defendant__ (herein called recipient) therein named.

**INDIVIDUAL A [ ]** — By personally delivering to and leaving with said _____ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said Order to Show Cause with Summons and Complaint

**CORPORATION B [X]** — By delivering to and leaving with __Diane M. Deacon__ at __52 Washington Street, Rensselaer, NY 12144__ and that deponent knew the person so served to be the __Assistan Legal Counsil, Authorized to Accept__ of the corporation.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:

**SUITABLE AGE PERSON C [ ]** — By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of New York.

**AFFIXING TO DOOR D [ ]** — By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of New York.

**MAILING TO RESIDENCE (use with C or D) E1 [ ]** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on _____

**MAILING TO BUSINESS (use with C or D) E2 [ ]** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on _____

**PREVIOUS ATTEMPTS (use with D) F [ ]** — Deponent had previously attempted to serve the above named defendant/respondent
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G [X]** — DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age __45__   Approximate weight __130__   Approximate height __5'5__   Sex __Female__
Color of skin __White__   Color of hair __Brown__   Other _____

**MILITARY SERVICE [ ]** — Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H [ ]** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address  [ ] Address does not exist  [ ] Evading  [ ] Moved left no forwarding  [ ] Other

**WIT. FEES [ ]** — $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this __16th__ day of __April 2007__

_Deborah A Bottisti (Becca)_ (signature)
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

_John Longton II_ (signature)
John Longton
Atty's File No.
Invoice•Work Order # 0611049

**ATTORNEYS PROCESS & RESEARCH SERVICE INC. PO BOX 10277 ALBANY, NY 12201 - 518-465-8951**