UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,         **Affidavit of Service**
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

                Plaintiffs,         07 Civ. 02876

    -against-

ROBERT DOAR, as Commissioner of the
New York City Human Resources
Administration; GLADYS CARRION, as
Commissioner of the New York State Office
of Children & Family Services; DAVID
HANSELL, as Acting Commissioner of the
New York State Office of Temporary &
Disability Assistance; and RICHARD F.
DAINES, as Acting Commissioner of the New
York State Department of Health,

                Defendants.

------------------------------------------------ X


# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     SOUTHERN COUNTY     UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 07 CV 2876    AND FILED ON
ATTORNEY(S): New York Legal Assistance Group, Caroline Hickey

*Matilda Belovic, by her next friend, Suellen Tozzi; Genevieve C.; Madelaine Andrews; Et Al*     Plaintiff(s)/Petitioners

vs

*Robert Doar, as Commissioner of the New York City Human Resources Administration; et al*     Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY, SS.:

Ross Acevedo, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on **April 16, 2007** at **1:20pm** at **NYS Office of Temporary and Disability Assistance, 40 North Pearl Street, Albany, NY 12207** deponent served the within **Order to Show Cause with Summons and Complaint** on: **David Hansell, Acting Commissioner, Defendant** (herein called recipient) therein named.

**INDIVIDUAL A** [ ]
By personally delivering to and leaving with said _____ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said Order to Show Cause with Summons and Complaint

**CORPORATION B** [x]
By delivering to and leaving with **Jeanine Behuniak** at NYS Office of Temporary and Disability Assistance, 40 North Pearl Street, Albany, NY 12207 and that deponent knew the person so served to be the **Authorized to Accept** of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:*

**SUITABLE AGE PERSON C** [ ]
By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of New York.

**AFFIXING TO DOOR D** [ ]
By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of New York.

**MAILING TO RESIDENCE (use with C or D) E1** [ ]
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on _____

**MAILING TO BUSINESS (use with C or D) E2** [ ]
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on _____

**PREVIOUS ATTEMPTS (use with D) F** [ ]
Deponent had previously attempted to serve the above named defendant/respondent
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G** [x] DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)**
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age **35** Approximate weight **150** Approximate height **6'0** Sex **Female**
Color of skin **White** Color of hair **Blonde** Other _____

**MILITARY SERVICE** [ ]
Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address [ ] Address does not exist [ ] Evading [ ] Moved left no forwarding [ ] Other

**WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this **16th** day of **April 2007**

*Deborah A Bottisti (Berlin)*        *Ross Acevedo*
DEBORAH A BOTTISTI        Ross Acevedo
NOTARY PUBLIC, State of New York        Attny's File No.
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010        Invoice•Work Order # 0611050

**ATTORNEYS PROCESS & RESEARCH SERVICE INC. PO BOX 10277 ALBANY, NY 12201 - 518-465-8951**