UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

                         Plaintiffs,

-against-

ROBERT DOAR, as Commissioner of the New
York City Human Resources Administration;
GLADYS CARRION, as Commissioner of the
New York State Office of Children & Family
Services; DAVID HANSELL, as Acting
Commissioner of the New York State Office of
Temporary & Disability Assistance; and
RICHARD F. DAINES, as Acting Commissioner
of the New York State Department of Health,

                         Defendants.

------------------------------------------------------------------x

**Rule 7.1 Corporate Disclosure Statement**

07 Civ. 02876

Plaintiffs MATILDA BELOVIC, by her next friend, SUELLEN TOZZI; GENEVIEVE C., MADELAINE ANDREWS, MARY B., and MAUREEN CURRAN, by her next friend, SARAH T. GILLMAN, and all others similarly situated are individuals. They are therefore not required to make a Disclosure Statement under Rule 7. of the Federal Rules of Civil Procedures.

NEW YORK LEGAL ASSISTANCE GROUP
YISREOL SCHULMAN, ESQ
By: _____
Jane Greengold Stevens, of counsel (JS 4790)
Sabrina Tavi, of counsel (ST 2781)
Caroline Hickey, of counsel (CH 1410)
Deborah Berkman, of counsel (DB 8086)
Jason Parkin, of counsel (JP 1919)
450 West 33rd Street, 11th Floor
New York, New York 10001
Tel: (212) 613-5000

Attorneys for Plaintiffs