

# NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES
# HUMAN RESOURCES ADMINISTRATION

Joseph DeMartino  
Executive Deputy Commissioner

**ROBERT DOAR**  
Administrator/Commissioner

Office of Program Reporting,  
Analysis & Accountability

## HRA FACTS:                                    JANUARY 2007

| | JANUARY 2007 | DECEMBER 2006 | JANUARY 2006 | JANUARY 2002 |
|---|---|---|---|---|
| **PUBLIC ASSISTANCE** | | | | |
| Public Assistance Recipients | 377,896 | 380,740 | 412,454 | 459,159 |
| FAP (formerly AFDC) | 165,871 | 167,722 | 192,688 | 272,908 |
| 60 Month converted to SNA | 87,253 | 88,187 | 105,931 | 102,932 |
| SNA (formerly HR)** | 124,772 | 124,831 | 113,835 | 83,319 |
| Public Assistance Cases | 193,748 | 195,095 | 209,279 | 220,513 |
| FAP (formerly AFDC) | 75,451 | 76,324 | 85,304 | 112,836 |
| 60 Month converted to SNA | 27,918 | 28,255 | 34,257 | 30,729 |
| SNA (formerly HR)** | 90,379 | 90,516 | 89,718 | 76,948 |
| Public Assistance Children | 215,140 | 217,119 | 234,406 | 263,992 |
| FAP (formerly AFDC) | 125,456 | 126,748 | 142,221 | 192,261 |
| 60 Month converted to SNA | 61,009 | 61,821 | 71,795 | 68,494 |
| SNA (formerly HR)** | 28,675 | 28,550 | 20,390 | 3,237 |
| **Total Public Assistance** | | | | |
| Gross Expenditures | $103,786,844 | $104,693,994 | $106,919,735 | $103,291,724 |
| FAP (formerly AFDC) | $41,797,894 | $42,292,233 | $48,128,804 | $59,137,993 |
| 60 Month converted to SNA | $16,275,578 | $16,234,552 | $18,849,591 | 16,345,978 |
| SNA (formerly HR)** | $45,713,372 | $46,167,209 | $39,941,340 | $27,807,753 |
| **EMPLOYMENT** | DECEMBER 2006 | NOVEMBER 2006 | DECEMBER 2005 | DECEMBER 2001** |
| Job Placements | 6,155 | 6,815 | 7,124 | 34,014 |
| FAP (formerly AFDC) | 2,770 | 3,066 | 3,134 | N/A |
| 60 Month converted to SN | 1,046 | 1,159 | 1,069 | N/A |
| SNA (formerly HR) | 2,339 | 2,590 | 2,921 | N/A |
| Retention:[a] | | | | |
| Retention - 3 Months | 88% | 88% | 87% | N/A |
| Retention - 6 Months | 81% | 80% | 73% | N/A |
| **FOOD STAMPS** | JANUARY 2007 | DECEMBER 2006 | JANUARY 2006 | JANUARY 2002 |
| Food Stamp Recipients | 1,096,107 | 1,095,965 | 1,096,798 | 798,396 |
| Public Assistance | 410,365 | 412,546 | 448,996 | 439,766 |
| Non-Public Assistance & SSI | 685,742 | 683,419 | 647,802 | 358,630 |
| Food Stamp Households | 593,669 | 592,222 | 593,359 | 415,847 |
| Public Assistance | 184,932 | 185,927 | 200,910 | 189,562 |
| Non-Public Assistance & SSI | 408,737 | 406,295 | 392,449 | 226,285 |
| **MEDICAID** | JANUARY 2007 | DECEMBER 2006 | JANUARY 2006 | JANUARY 2002 |
| Total Medicaid Enrollees[b] | 2,553,064 | 2,566,774 | 2,622,658 | 1,715,513 |
| Medicaid - Only | 1,775,529 | 1,782,231 | 1,807,056 | 818,713 |
| Managed Care Enrollees | 1,489,773 | 1,485,428 | 1,499,307 | 495,922 |
| **SSI** | JANUARY 2007 | DECEMBER 2006 | JANUARY 2006 | JANUARY 2002 |
| SSI Recipients | 404,874 | 404,795 | 402,573 | 397,049 |
| Aged | 106,109 | 106,197 | 106,157 | 106,030 |
| Disabled & Blind | 298,765 | 298,598 | 296,416 | 291,019 |
| **CHILD SUPPORT ENFORCEMENT** | DECEMBER 2006 | NOVEMBER 2006 | DECEMBER 2005 | DECEMBER 2001 |
| Total Cases (With Orders) | 294,961 | 299,524 | 299,719 | N/A |
| PA Support Cases[c] | 39,089 | 39,896 | 49,244 | N/A |
| NPA Support Cases[c] | 255,872 | 259,628 | 250,475 | N/A |
| Total Collections - $000 | 56,763 | 44,348 | 53,374 | 32,215 |
| **HOMELESSNESS:** | DECEMBER 2006 | NOVEMBER 2006 | DECEMBER 2005 | DECEMBER 2001 |
| PREVENTION or DIVERSION | | | | |
| Households Serviced | 8,669 | 6,720 | 7,844 | 4,628 |
| Successful Interventions | 99.90% | 100.00% | 100.00% | 97.94% |
| Homeless Households Serviced | 800 | 747 | 842 | 860 |
| Diverted: by HRA at PATH | 17.70% | 20.00% | 21.27% | 6.45% |
| **DOMESTIC VIOLENCE & EMERGENCY** | | | | |
| **INTERVENTION SERVICES** | DECEMBER 2006 | NOVEMBER 2006 | DECEMBER 2005 | DECEMBER 2001 |
| Domestic Violence: | | | | |
| Average Number of Families Served per Day | 666 | 698 | 616 | N/A |
| Nonresidential Program Active Caseload | 2,744 | 2,767 | 2,789 | N/A |
| Emergency Intervention: | | | | |
| Number of Persons Served in Food Pantries[d] | 810,585 | 701,010 | 628,986 | N/A |
| Number of Persons served in Soup Kitchens[d] | 251,303 | 270,098 | 280,217 | N/A |
| **HASA** | DECEMBER 2006 | NOVEMBER 2006 | DECEMBER 2005 | DECEMBER 2001 |
| Total HASA Cases | 30,227 | 30,149 | 30,300 | 28,921 |
| Family Cases | 5,115 | 5,150 | 5,345 | 5,185 |
| Single Cases | 25,112 | 24,999 | 24,955 | 23,736 |
| Homemaker Cases | 452 | 457 | 501 | 542 |
| Rental Assistance/Housing Cases[e] | 24,294 | 31,094 | 30,208 | 25,454 |
| **HOME CARE** | DECEMBER 2006 | NOVEMBER 2006 | DECEMBER 2005 | DECEMBER 2001 |
| Total Home Care Cases | 64,059 | 64,249 | 65,745 | 65,213 |
| Total Home Attendant Cases | 43,595 | 43,805 | 45,103 | 46,548 |
| Housekeeper Cases | 6,536 | 6,560 | 7,062 | 7,998 |
| Long Term Home Health Care Cases | 13,928 | 13,884 | 13,580 | 10,667 |
| **ADULT PROTECTIVE SERVICES** | DECEMBER 2006 | NOVEMBER 2006 | DECEMBER 2005 | DECEMBER 2001 |
| Total Active Cases | 6,132 | 6,178 | 5,607 | 3,492 |
| Total Referrals Received | 1,131 | 1,140 | 1,111 | 681 |
| Total Supportive Housing Placements | 12,550 | 12,559 | 12,884 | 13,521 |

Source: New York City Human Resources Administration, Office of Program Reporting, Analysis & Accountability,  
October 2006. For more detailed information call (212) 331-6075.

© Copyright 2006 The City of New York, Department of Social Services  
For permission to reproduce all or part  
Of this material contact the New York City  
Human Resources Administration

** December 2001 Placement figure includes NPA Food Stamp and WIA Employer Reported figuires.  
** As of October 2006 Two Parent category has been reallocated to Safety Net Non-MOE  
a  As January 2004 Retention figures does not include subsidized placements. As of August 2004 Retention figures from 2004 are calculated based on unduplicated placement  
b  Total Figures for Medicaid Enrollees includes CHP part A and FHF  
c  Reporting method has changed for PA and NPA Child Support Cases as of July 2006  
d  Figures reported for Food Pantries and Soup Kitchens are duplicated numbers and may not be a complete count for the report month  
e  As of December 2006 HASA Rental Assistance/Housing Cases do not include Emergency and Non-Emergency Cases



Swati Desai, Ph.D.
Executive Deputy Commissioner

**VERNA EGGLESTON**
Administrator/Commissioner

Office of Program Reporting
Analysis & Accountability

# HRA FACTS QUARTERLY SUPPLEMENT
## JANUARY 2007

| PUBLIC ASSISTANCE (PA) RECIPIENTS BY BOROUGH | Family Assistance Program (FAP)[a] | | Safety Net Assistance (SNA)[b] | | 60 mo. Converted to SNA | |
|---|---|---|---|---|---|---|
| | Persons | Cases | Persons | Cases | Persons | Cases |
| Manhattan | 21,963 | 10,660 | 21,566 | 18,269 | 12,044 | 4,122 |
| Bronx | 62,260 | 27,371 | 40,077 | 26,985 | 35,901 | 11,431 |
| Queens | 21,140 | 9,821 | 16,579 | 12,776 | 8,690 | 2,787 |
| Brooklyn | 54,035 | 24,741 | 42,300 | 29,111 | 28,411 | 8,934 |
| Staten Island | 5,985 | 2,632 | 3,461 | 2,525 | 2,096 | 605 |
| Others[c] | 488 | 226 | 789 | 713 | 111 | 39 |
| Total | 165,871 | 75,451 | 124,772 | 90,379 | | |

| BENEFITS | JANUARY 2007 Family Size | | JANUARY 2006 Family Size | | JANUARY 2005 Family Size | |
|---|---|---|---|---|---|---|
| | 1 | 3 | 1 | 3 | 1 | 3 |
| Total Maximum Public Assistance Grant by Household size | $352 | $691 | $352 | $691 | $352 | $691 |
| NYS Maximum Shelter Allowance: Private Only | $215 | $400 | $215 | $400 | $215 | $400 |
| Average PA Grant | $366 | $688 | $351 | $673 | $342 | $620 |
| Average PA Shelter Allowance-Pvt Only[d] | $340 | $403 | $269 | $432 | $248 | $338 |
| Average Food Stamp benefit[e] | $117 | $325 | $110 | $331 | $110 | $329 |

**PA POPULATION BY AGE GROUP**

| Ages[g] Children: | FAP | SNA | 60 Mo. Converted to SNA |
|---|---|---|---|
| 0-12 months | 4% | 1% | 1% |
| 13 month - 4 years | 22% | 6% | 8% |
| 5 - 13 years | 36% | 12% | 42% |
| 14 - 17 years | 14% | 6% | 18% |



Total PA Children

AVERAGE MONTHLY PER PERSON
FS AND TANF GRANT,
NATIONAL vs. NYC, FFY 2004[h]



$212    $106    $86    $105

| CASELOAD PROFILE: Citizenship: (Case Head)[g] | FAP | SNA | 60 Mo. Converted to S |
|---|---|---|---|
| Citizen | 92% | 82% | 89% |
| Permanent Resident | 7% | 16% | 11% |
| Asylum/Refugees/Other | | 2% | 1% |

| Education: (Adult Case Head)[g] | FAP | SNA | 60 Mo. Converted to S |
|---|---|---|---|
| 0 to 8th grade[i] | 9% | 12% | 9% |
| 9th to 11th grade | 43% | 40% | 45% |
| HS or post HS grade | 47% | 49% | 46% |

| Adults | FAP | SNA | 60 Mo. Converted to SNA |
|---|---|---|---|
| 18 - 24 years | | | 5% |
| 25 - 44 years | | | 20% |
| 45 - 64 years | | | 5% |
| 65+ | | | |

| Sex[g] | FAP | SNA | 60 Mo. Converted to S |
|---|---|---|---|
| Male Adults | 16% | 51% | 12% |
| Female Adults | 84% | 49% | 88% |

**Children[g]**
Avg # of Children per case    1.66
Cases with Children



Total PA Adults   6%   16%   46%

| Ethnicity: (Case Head)[g] | | | |
|---|---|---|---|
| Black | 42% | 49% | 48% |
| Hispanic | 51% | 34% | 45% |
| White | 6% | 11% | 5% |
| Other | 2% | 6% | 1% |

| HRA/DSS Total Full-Time Employees | JANUARY 2007 | OCTOBER 2006 | JANUARY 2006 | JANUARY 2005 |
|---|---|---|---|---|
| | 13,928 | 14,729 | 14,295 | 12,832 |

a Formerly Aid to Families with Dependant Children (AFDC)
b Formerly Home Relief (HR)
c Non-NYC residents included.
d Data is extracted from Enterprise Data Warehouse (EDW).
e Food Stamp Eligibility Report, December 2006/January 2005/January 2004.
g Sorted PA file-October 2006.
h National data is from USDHHS and USDA and NYC data is from PA Composite Roll and NYSDSS OTDA.
i Data includes No School category.

© Copyright 2006 The City of New York, Department of Social Services
For permission to reproduce all or part
Of this material contact the New York City
Human Resources Administration