UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,                    **Affidavit of Service**
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

                                   Plaintiffs,                          07 Civ. 02876

         -against-

ROBERT DOAR, as Commissioner of the
New York City Human Resources
Administration; GLADYS CARRION, as
Commissioner of the New York State Office
of Children & Family Services; DAVID
HANSELL, as Acting Commissioner of the
New York State Office of Temporary &
Disability Assistance; and RICHARD F.
DAINES, as Acting Commissioner of the New
York State Department of Health,

                                   Defendants.

------------------------------------------------------------------ x

STATE OF NEW YORK, COUNTY OF NEW YORK, ss:

         I, SAMUEL M. DUNCAN, hereby declare under penalty of perjury, that:

         1       I am not a party to this action, I am over 18 years of age and I reside in

New York, New York.

         2       On April 23, 2007, at approximately 3.12 pm, I served a true and correct

copy of the Notice of Motion and Plaintiffs' Memorandum of Law in Support of

Plaintiffs' Motions for Preliminary Injunction and Class Certification by personal service

on Defendant Robert Doar, as Commissioner of the New York City Human Resources

Administration, at his offices at 180 Water Street, New York, New York 10038, by

addressed to his offices at 40 North Pearl Street, Albany, NY, 12207, and causing that envelope to be sent by the overnight delivery service.

3    Further, On April 23, 2007, at approximately 2.00 pm, I served a true and correct copy of the Notice of Motion and Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motions for Preliminary Injunction and Class Certification on Defendant Richard Daines, as Acting Commissioner of the New York State Department of Health, by placing each in a post-paid overnight delivery envelope addressed to his offices at Empire State Plaza, Corning Tower, Albany, NY, 12242, and causing that envelope to be sent by the overnight delivery service.

4.    Further, On April 23, 2007, at approximately 2.00 pm, I served a true and correct copy of the Notice of Motion and Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motions for Preliminary Injunction and Class Certification on Defendant Gladys Carrion, as Commissioner of the New York State Office of Children and Family Services, by placing each in a post-paid overnight delivery envelope addressed to his offices at 52 Washington Street, Rensselaer, NY, 12144, and causing that envelope to be sent by the overnight delivery service.

SAMUEL M. DUNCAN

Sworn to before me on this 23 day of April 2007

JANE GREENGOLD STEVENS
Notary Public, State of New York
No. 02ST6013172
Qualified in Kings County
Commission Expires September 08, 20 10