UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

                Plaintiffs,

-against-

ROBERT DOAR, as Commissioner of the
New York City Human Resources
Administration; GLADYS CARRION, as
Commissioner of the New York State Office
of Children & Family Services; DAVID
HANSELL, as Acting Commissioner of the
New York State Office of Temporary &
Disability Assistance; and RICHARD F.
DAINES, as Acting Commissioner of the New
York State Department of Health,

                Defendants.

--------- x

**Affidavit of Service**

07 Civ. 02876

STATE OF NEW YORK, COUNTY OF NEW YORK, ss:

    I, SAMUEL M. DUNCAN, hereby declare under penalty of perjury, that:

    I am not a party to this action, I am over 18 years of age and I reside in New York, New York.

    2. On April 23, 2007, at approximately 3.12 pm, I served a true and correct copy of the Notice of Motion and Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motions for Preliminary Injunction and Class Certification by personal service on Defendant Robert Doar, as Commissioner of the New York City Human Resources Administration, at his offices at 180 Water Street, New York, New York 10038, by

delivering a true copy thereof to the person designated to receive service of legal papers in that office.

_____
SAMUEL M. DUNCAN

Sworn to before me on this 23 day of April 2007

_____
JANE GREENGOLD STEVENS
Notary Public, State of New York
No. 02ST6013172
Qualified in Kings County
Commission Expires September 08, 2010