

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/07
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JANICE CASEY SILVERBERG
phone: 212 788-8119
fax:   212 788-0940
email: jsilverb@law.nyc.gov

April 27, 2007

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via facsimile*

    Re: Belovic v. Doar
        07Civ2876(LAP)(KNF)

Dear Judge Preska:

    I am the Assistant Corporation Counsel assigned to represent the City defendant in this matter, concerning Adult Protective Services (APS). I write following a telephone conference among the parties this afternoon, and in anticipation of our teleconference with the Court on Monday, April 30, 2007, at 9:00 a.m.

    Prior to this afternoon's conference, City defendant sent plaintiffs' counsel a letter detailing the current status of the five named plaintiffs, and indicating the interventions and services APS has provided or will provide. A copy of this letter is enclosed herein for the Court's convenience.

    Although the City defendant had anticipated that plaintiffs would withdraw the motion for preliminary injunction based on the significant progress in providing virtually all the relief requested to the extent possible, plaintiffs have indicated they are not yet willing to withdraw the motion for preliminary injunction, and suggest an additional two weeks to monitor progress, followed by another conference with the Court.

    Accordingly, plaintiffs have agreed to extend the return date of the motion for an additional two weeks, from May 7, 2007 to May 21, 2007. Furthermore, the parties have agreed to an extension of time for all defendants to respond to the complaint, until June 29, 2007.

*[Handwritten order:]* The class certification motion is held in abeyance until June 29 at which time counsel shall inform the Court how they wish to proceed. Counsel shall participate in a telephone conference on May 14 at 9:30 am

So ordered
*/s/ Loretta A. Preska, USDJ*

April 30, 2007

Thank you for your consideration.

Respectfully yours,

*[signature]*

Janice Casey Silverberg (JS4629)

cc   Jane Stevens
     George Alvarez
     Ivan Rubin
     Jacqueline Dudley
     Marguerite Camaiore
     (via e-mail, w/out enc.)