```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,    NOTICE OF APPEARANCE

                              Plaintiffs,   07 civ 02876 (LAP)

            -against-

ROBERT DOAR, as Commissioner of the New
York City Human Resources Administration;
GLADYS CARRION, as Commissioner of the
New York State Office of Children &
Family Services; DAVID HANSELL, as
Acting Commissioner of the New York
State Office of Temporary & Disability
Assistance; and RICHARD F. DAINES, as
Acting Commissioner of the New York
State Department of Health,

                              Defendants.
----------------------------------------X
```

　　　　PLEASE TAKE NOTICE that ANDREW M. CUOMO, Attorney General of the State of New York appears, by the undersigned, in this action on behalf of defendants GLADYS CARRION, in her official capacity as Commissioner of the New York State Office of Children & Family Services, DAVID HANSELL, in his official capacity as Acting Commissioner of the New York State Office of Temporary & Disability Assistance, and RICHARD F. DAINES, in his official

capacity as Acting Commissioner of the New York State Department of Health.

Dated: May 4, 2007
      New York, New York

                              ANDREW M. CUOMO
                              Attorney General of the State
                                  of New York
                              <u>Attorney for the State</u>
                                  <u>Defendants</u>
                              By:


                                    /s/
                              IVAN B. RUBIN(IR 5138)
                              Assistant Attorney General
                              120 Broadway, 24th Floor
                              New York, New York 10271
                              (212) 416-6046