

**NYLAG**
NEW YORK LEGAL ASSISTANCE GROUP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/07

Yisroel Schulman, Esq. *President*

May 14, 2007

<u>Via Facsimile</u>

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>Belovic v. Doar</u> 07 Civ 2876 (LAP)(KNF)
            **Plaintiffs' Motion for a Preliminary Injunction**

Dear Judge Preska:

    I write concerning the status of Plaintiffs' pending motion for a preliminary injunction filed on April 23rd, 2007.

    As we discussed this morning, we are pleased that City Defendant appears to be taking the necessary steps to provide the five named plaintiffs with the protective services requested in Plaintiffs' motion for a preliminary injunction. Although certain issues remain unresolved for some of the named plaintiffs, in particular Genevieve C. and Maureen Curran, City Defendant's counsel has assured Plaintiffs' counsel that the City Defendant will continue to work with the named plaintiffs to provide them with all necessary protective services. Therefore, in accordance with the parties' teleconference with the Court this morning at 9:30 a.m., I write to <u>confirm that Plaintiffs hereby withdraw their motion for a preliminary injunction</u>.

    Respectfully Yours,

Caroline Hickey, Esq.
One of the Attorneys for the Plaintiffs

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 18, 2007

cc:  Janice Silverberg (via e-mail)
      Kim Conway (via e-mail)
      Ivan Rubin (via e-mail)
      George Alvarez (via e-mail)