UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATILDA BELOVIC, by her next friend, SUELLEN TOZZI; GENEVIEVE C.; MADELAINE ANDREWS; MARY B.; and MAUREEN CURRAN, by her next friend, SARAH T. GILLMAN, individually, and on behalf of all others similarly situated,

                Plaintiffs,

-against-

ROBERT DOAR, as Commissioner of the New York City Human Resources Administration; GLADYS CARRION, as Commissioner of the New York State Office of Children & Family Services; DAVID HANSELL, as Acting Commissioner of the New York State Office of Temporary & Disability Assistance; and RICHARD F. DAINES, as Acting Commissioner of the New York State Department of Health,

                Defendants.

07 – CIV – 2876 (LAP)(KNF)

ECF CASE

**APPEARANCE**

---

To the Clerk of this court and all parties of record:

    Enter my appearance as additional co-counsel in this case for plaintiffs Matilda Belovic, by her next friend, Suellen Tozzi; Genevieve C.; Madelaine Andrews; Mary B.; Maureen Curran, by her next friend, Sarah T. Gillman, individually, and on behalf of all others similarly situated.

I certify that I am admitted to practice in this court.

July 6, 2007

                                          /s/ Claire P. Gutekunst
                                          Claire P. Gutekunst (CG-0117)
                                          Proskauer Rose LLP
                                          1585 Broadway
                                          New York, NY 10036-8299
                                          Tel.: (212) 969-3000
                                          Fax: (212) 969-2900