UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

                      Plaintiffs,

-against-

ROBERT DOAR, as Commissioner of the
New York City Human Resources
Administration; GLADYS CARRION, as
Commissioner of the New York State Office of
Children & Family Services; DAVID
HANSELL, as Acting Commissioner of the
New York State Office of Temporary &
Disability Assistance; and RICHARD F.
DAINES, as Acting Commissioner
of the New York State Department of Health,

                      Defendants.

07 – CIV – 2876 (LAP)(KNF)

ECF CASE

**APPEARANCE**

---

To the Clerk of this Court and all parties of record:

Enter my appearance as additional co-counsel in this case for plaintiffs Matilda Belovic, by her next friend, Suellen Tozzi; Genevieve C.; Madelaine Andrews; Mary B.; Maureen Curran, by her next friend, Sarah T. Gillman, individually, and on behalf of all others similarly situated.

I certify that I am admitted to practice in this Court.

July 9, 2007

                                                Michael T. Mervis (MM-0306)
                                                Proskauer Rose LLP
                                                1585 Broadway
                                                New York, NY 10036-8299
                                                Tel.: (212) 969-3000
                                                Fax: (212) 969-2900