UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| MATILDA BELOVIC, by her next friend, SUELLEN TOZZI; GENEVIEVE C.; MADELAINE ANDREWS; MARY B.; and MAUREEN CURRAN, by her next friend, SARAH T. GILLMAN, individually, and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>ROBERT DOAR, as Commissioner of the New York City Human Resources Administration; GLADYS CARRION, as Commissioner of the New York State Office of Children & Family Services; DAVID HANSELL, as Acting Commissioner of the New York State Office of Temporary & Disability Assistance; and RICHARD F. DAINES, as Acting Commissioner of the New York State Department of Health,<br><br>                              Defendants. | **NOTICE OF APPEARANCE**<br><br>07 CIV 2876<br>(LAP)(KNF) |

------------------------------------------------------------------------ x

**PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of Robert Doar, the City Defendant, in the above titled action.

Dated:        New York, New York
              July 27, 2007

            MICHAEL A. CARDOZO
            Corporation Counsel of the
            City of New York
            Attorney for Defendants
            100 Church Street, Room 2-182
            New York, N.Y. 10007
            (212) 788-8119
            e-mail: jsilverb@law.nyc.gov


            By:__//s_____
              Janice Casey Silverberg (JS 4629)
              Assistant Corporation Counsel


To: NEW YORK LEGAL ASSISTANCE GROUP
   YISREOL SCHULMAN, ESQ.
   Attorneys for Plaintiffs
   Jane Greengold Stevens, of counsel
   Sabrina Tavi, of counsel
   Caroline Hickey, of counsel
   Deborah Berkman, of counsel
   Jason Parkin, of counsel
   450 West 33rd Street, 11th floor
   New York, New York 10001
   **Via ecf**

   OFFICE OF THE ATTORNEY GENERAL OF THE
     STATE OF NEW YORK
   Attorneys for the State Defendants
   George Alvarez, Assistant Attorney General
   Ivan Rubin, Assistant Attorney General
   120 Broadway
   New York, New York 10271
   **Via ecf**