

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JANICE CASEY SILVERBERG
phone: 212 788-8119
fax: 212 788-0940
email: jsilverb@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

August 9, 2007

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re: Belovic v. Doar
          07Civ2876(LAP)(KNF)

Dear Judge Preska:

    I am the Assistant Corporation Counsel representing the City defendant in this matter.

    I write to respectfully request that the initial conference, now on the Court's calendar for September 5, 2007 at 9:00am, be rescheduled, as I am not available on that date.

    All counsel are available Thursday, September 6 before 4:00 pm or Friday, September 7, and I respectfully request that the conference be rescheduled, at the Court's convenience, for one of those days, if at all possible. Plaintiffs' counsel, and counsel for the State, have graciously agreed to this request.

    Thank you for your consideration.

Respectfully yours,

*Janice Casey Silverberg*
Janice Casey Silverberg (JS4629)
Assistant Corporation Counsel

*[Handwritten note:] The September 5 conference is adjourned to September 13 at 9:00 am. So ordered. August 13, 2007. Loretta A. Preska, USDJ*