


THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JANICE CASEY SILVERBERG
phone  212 788-8174
fax    212 788-0940
email  jsilverb@law.nyc.gov

September 27, 2007

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via facsimile (212) 805-7941*

    Re: <u>Belovic v. Doar</u>
        07Civ2876(LAP)(KNF)

Dear Judge Preska:

    I am the Assistant Corporation Counsel assigned to represent the City defendants in this matter.

    I write on behalf of all counsel in response to the Court's direction, at the initial case conference held on September 13, 2007, that the parties inform the Court within two weeks of how they have resolved the issues of discovery and scheduling regarding defendants' proposed opposition to plaintiffs' motion for class certification.

    At this time, plaintiffs have responded to defendants' request for a letter setting forth modified discovery requests by specifying the document discovery that they consider relevant to the class certification motion. Counsel have agreed to meet on October 4, 2007 to discuss possible further modifications, and to set forth a briefing schedule for the class certification motion, and also to address other discovery as to the case in chief.

    Accordingly, counsel respectfully requests an additional two weeks to provide the Court with the amended Rule 26(f) schedule, incorporating the motion for class certification.

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 28, 2007

Thank you for your consideration.

Sincerely yours,

Janice Casey Silverberg (JS4629)

cc: (by e-mail)
Jane Greengold Stevens
Claire P. Gutekunst
Ivan Rubin
George Alvarez
Jane Toby Momo

NYC LAW DEPARTMENT    Fax:2127880940    Sep 27 2007   3:05    P. 03