# EXHIBIT K



# BRONX JEWISH COMMUNITY COUNCIL, INC.
2930 Wallace Avenue, Bronx, NY 10467
Voice: 718.652.5500 ext.245 / Fax: 718.798.2398

**JUDITH UMAN, LMSW**
*Director of Social Services*

## Declaration of Judith Uman

Judith Uman, Director or Bronx Jewish Community Council, Inc. ("BJCC") hereby deposes and says:

1. I am a licensed Master of Social Work. I have been the Director of Social Services at BJCC for approximately 10 years and site supervisor for 12 years prior.

2. I meet regularly with BJCC's supervisory social work staff who either directly manage or supervise the care of approximately twenty-five cases of people who are clients of Adult Protective Services ("APS").

3. In a significant number of the APS cases we believe that APS is failing to protect their clients from harm and possible institutionalization.

4. APS is very slow in assessing clients' needs and putting services into clients' homes. This includes urgent care such as psychiatric evaluations, heavy duty cleaning, emergency home care, Guardianship and financial management.

5. APS caseworkers frequently fail to assist their clients in applying for and maintain government benefits, such as Food Stamps, Section 8, SCRIE, etc. Frequently community agencies have difficulty getting APS caseworkers to return calls so that they can ascertain what services are being provided by APS. This results in confusion and lost client benefits.

6. Based upon our experience, one of the most significant causes of APS' failure to protect their clients from harm is APS's failure to co-ordinate efforts with community-based and home care agencies that are already involved in the clients' cases. We believe that APS' work would be more effective if staff was trained to make proper use of community resources.

7. APS caseworkers do not maintain adequate contact with their clients. Our observation is that APS caseloads are too high, not giving staff enough time to get to know their clients and to make appropriate and sound decisions in their behalf.

*Judith Uman*
MARCH 8, 2007

The Bronx Jewish Community Relations Council (BJCRC) division of BJCC represents the combined communal interests of the Local Jewish community councils: Concourse North Bronx JCC, Parkchester Unionport JCC, JCC of Pelham Parkway, Riverdale JCC
The Bronx Jewish Community Services Division of BJCC is an anti-poverty program serving all residents of the Bronx since 1972