**EXHIBIT M**

# HUMAN RESOURCES ADMINISTRATION

|  | FY06<br>Annual | FY07<br>Annual |
|---|---|---|
| INDICATORS FOR<br>MAJOR MISSIONS | Actual | Actual |

**JOB CENTER PROGRAMS AND OPERATIONS**

| | | |
|---|---|---|
| o Persons Receiving Cash Assistance (000) | 393.8 | 360.7 |
| - Bronx | 141.6 | 131.5 |
| - Brooklyn | 130.9 | 119.4 |
| - Manhattan | 59.8 | 52.4 |
| - Queens | 48.4 | 44.3 |
| - Staten Island | 11.8 | 11.4 |
| | | |
| o Cash Assistance Caseload (000) | 201.0 | 187.1 |
| - Bronx | 67.3 | 63.1 |
| - Brooklyn | 65.5 | 60.8 |
| - Manhattan | 35.2 | 31.6 |
| - Queens | 26.3 | 24.5 |
| - Staten Island | 5.9 | 5.8 |
| | | |
| o Cash Assistance Recipients by Category (000) | | |
| - Family Assistance Program (FAP) | 179.9 | 156.1 |
| - Safety Net Assistance (SNA) | 114.9 | 119.8 |
| - 60 month Converted to Safety Net (C-SN) | 99.0 | 84.9 |
| | | |
| o Total Funds Dispersed (000) | $1,262,181 | $1,187,978 |
| - City Tax Levy Portion | $490,337 | $469,763 |
| | | |
| o Number of Cash Assitance Applications (000) | 212.6 | 231.3 |
| - Rejections (%) | NA | NA |
| - Applicant Withdrawals (%) | NA | NA |
| - Grant Reductions (%) | NA | NA |
| | | |
| o Persons Receiving Food Stamps (End of Period) (000) | 1,095.2 | 1,095.0 |
| - Bronx | 298.0 | 297.1 |
| - Brooklyn | 422.4 | 424.0 |
| - Manhattan | 181.2 | 178.2 |
| - Queens | 163.3 | 164.7 |
| - Staten Island | 30.2 | 31.1 |
| - CA Recipients | 431.9 | 393.3 |
| - Non-CA Recipients | 474.2 | 521.5 |
| - SSI Recipients | 189.1 | 180.2 |
| | | |
| o Value of Food Stamps Issued (000) | $1,337,271 | $1,377,951 |
| | | |
| o Food Stamp Payment Error Rate | 6.76% | 4.01% |

# HUMAN RESOURCES ADMINISTRATION

| INDICATORS FOR<br>MAJOR MISSIONS | FY06<br>Annual<br>Actual | FY07<br>Annual<br>Actual |
|---|---|---|
| o Total Number of Cases (FAP, SNA and C-SN) Engaged in Work Activities | 77,208 | 67,553 |
| - Employed | 25,435 | 23,214 |
| - Work Experience | 12,388 | 11,079 |
| - Education/Training/Job Search | 4,273 | 3,035 |
| - Teens in High School | 1,493 | 1,297 |
| - Substance Abuse Treatment | 9,779 | 8,883 |
| - Called in for Assessment/Assignment | 6,569 | 8,200 |
| - Other | 17,271 | 11,845 |
| o Total Number of Engageable Cases (FAP, SNA and C-SN)<br> Not Engaged in  Work Activities | 0 | 0 |
| o Participation Rates | | |
| - Cash  Assistance Family Cases Participating in<br> Work or Work-related Activities per Federal<br> Guidelines (official) (%) | NA | 39.8% |
| - Safety Net Clients Participating in Work Activities as<br> Calculated in Accordance With State<br> Guidelines  (%) | NA | 66.0% |
| o Total Number of Cases Participating in Work<br> Activities In Accordance With Federal Guidelines:<br> All Families  (FAP and C-SN) | NA | 22,480 |
| - Work Experience | NA | 5,885 |
| - Employed | NA | 13,645 |
| - Education/Training/Job Search | NA | 1,815 |
| - Community Service, including barrier removal activities | NA | 1,135 |
| o Total Number of Clients Participating in Work<br> Activities In Accordance With State Guidelines:<br> Safety Net Assistance (SNA, not including C-SN) | 46,378 | 39,511 |
| - Work Experience | 5,378 | 4,651 |
| - Employed | 4,359 | 3,981 |
| - Education/Training/Job Search | 1,091 | 525 |
| - Community Service, including barrier removal activities | 35,550 | 30,354 |
| o Total Reported Job Placements | 80,478 | 74,879 |
| - FAP and C-SN | 48,185 | 46,955 |
| - Safety Net | 32,293 | 27,924 |
| o Total Fair Hearings Requested (000) (PA, PA Food Stamps, and Employment) | 131,485 | 150,097 |
| o Total Fair Hearings Held | 56,090 | 74,357 |

# H U M A N   R E S O U R C E S   A D M I N I S T R A T I O N

| INDICATORS FOR<br>MAJOR MISSIONS | FY06<br>Annual<br>Actual | FY07<br>Annual<br>Actual |
|---|---|---|
| o Fair Hearing Outcomes | | |
| - Agency Affirmations | 6,714 | 9,757 |
| - Client Withdrawals | 23,683 | 23,007 |
| - Client Defaults | 124,225 | 156,370 |
| - Agency Reversals | 22,897 | 28,476 |
| - Agency Withdrawals | 46,648 | 70,496 |
| o Issues Decided in Favor of Agency (%) | 87.2% | 85.8% |
| o Timely Implementations of Decisions  (%) | | |
| - Cash  Assistance and Employment | NA | 98.0% |
| - Food Stamps (PA and Non-PA) | NA | 94.0% |
| **MEDICAL ASSISTANCE PROGRAMS/HOME CARE SERVICES PROGRAM** | | |
| o Persons Enrolled in Public Health Insurance (000) | 2,583.5 | 2,560.0 |
| - Bronx | 566.5 | 557.2 |
| - Brooklyn | 902.7 | 896.6 |
| - Manhattan | 393.5 | 383.9 |
| - Queens | 616.5 | 618.7 |
| - Staten Island | 79.4 | 79.6 |
| o Persons Enrolled in Medicaid-Only (000) | 1,787.9 | 1,795.6 |
| - Bronx | 331.6 | 329.3 |
| - Brooklyn | 631.2 | 636.2 |
| - Manhattan | 253.0 | 252.1 |
| - Queens | 496.2 | 501.6 |
| - Staten Island | 55.5 | 55.6 |
| o MA Applications Completed Within Required Time Frames  (%) | | |
| - Community Eligibility Division | 99.6% | 99.7% |
| - Hospital Eligibility Division | 98.5% | 98.9% |
| - Nursing Home Division | 85.1% | 82.2% |
| o MA Recertifications Completed Within Required Time Frames  (%) | | |
| - Community Eligibility Division | 100% | 100% |
| - Nursing Home Division | 100% | 100% |

# HUMAN RESOURCES ADMINISTRATION

| INDICATORS FOR<br>MAJOR MISSIONS | FY06<br>Annual<br>Actual | FY07<br>Annual<br>Actual |
|---|---|---|
| o Cases Receiving Home Care Services | 64,798 | 62,668 |
| - Home Attendant | 44,246 | 42,626 |
| - Housekeeper | 6,755 | 6,277 |
| - Long-Term Home Health Care | 11,956 | 11,848 |
| - AIDS Home Care | 1,841 | 1,917 |
| - AIDS Cases Referred to Vendor Within 48 hours (%) | 100% | 100% |
| - AIDS Cases Served by Vendor Within 48 Hours of Referral (%) | 93.8% | 89.4% |
| o Average Days to Initiate Home Attendant and Housekeeper Services | 15.6 | 15.1 |
| - Active MA Cases | 14.6 | 14.0 |
| - Pending MA Cases | 20.9 | 20.3 |
| - Serious Complaints of Home Care Clients | 518 | 571 |
| - Complaints Resolved Within Required Time Frame  (%) | 100% | 100% |
| o Number of Home Attendant and Housekeeper Contracts in Effect | 95 | 95 |
| o Value of Agency Contracts (000,000) | $1,767 | $1,767 |
| - Vendor Agencies In Compliance With Review Areas | 95% | 95% |

**OFFICE OF CHILD SUPPORT ENFORCEMENT**

| | | |
|---|---|---|
| o Child Support Collected (000) | $588,261 | $601,867 |
| - Cash  Assistance (000) | $41,890 | $39,154 |
| - Non-cash  Assistance (Non-CA) (000) | $546,371 | $562,713 |
| o Child Support Ordered by Court (000) | $635,655 | $642,745 |
| - Cash  Assistance (000) | $53,312 | $76,265 |
| - Non-PA (000) | $582,343 | $566,480 |
| o New Support Orders Obtained | 11,275 | 10,329 |
| - Cash  Assistance | 4,512 | 4,411 |
| - Non-PA | 6,763 | 5,918 |
| o Total Cases with Active Orders (End of Period) | 301,481 | 297,826 |

**HIV/AIDS SERVICES ADMINISTRATION**

| | | |
|---|---|---|
| o Total Number of AIDS Serviceline Contacts Received | 37,058 | 36,158 |
| o New Applicants for Services | 4,181 | 3,904 |
| o Ineligible or Withdrawn Applications | 167 | 170 |
| o New Cases | 4,014 | 3,734 |

# HUMAN RESOURCES ADMINISTRATION

| INDICATORS FOR<br>MAJOR MISSIONS | FY06<br>Annual<br>Actual | FY07<br>Annual<br>Actual |
|---|---|---|
| o Individuals Receiving HIV/AIDS Services | 31,007 | 31,040 |
| - Women | 11,197 | 11,160 |
| - Men | 19,329 | 19,447 |
| - Children | 481 | 433 |
| o Total Number of Open Cases (End of Period) | 30,102 | 30,259 |
| - Bronx | 10,139 | 10,310 |
| - Brooklyn | 9,742 | 9,978 |
| - Manhattan | 6,701 | 6,482 |
| - Queens | 2,852 | 2,788 |
| - Staten Island | 668 | 701 |
| o Cumulative Cases During Period | 35,111 | 33,836 |
| o Cases Receiving Housing Services | | |
| - Cases Provided Housing and Support Services (End of Period) | 6,739 | 6,765 |
| - Clients Moved into Housing (During Period) | 7,291 | 8,891 |
| - Cases Provided Rent Payment Assistance (End of Period) | 23,974 | 24,058 |
| o Homemaking Contracts in Effect | | |
| - Value of Contracts (000) | $12,521 | $10,491 |
| - Vendor Agencies in Compliance With Review Areas (%) | 100% | 100% |
| - Cases Receiving Homemaker Services | 484 | 434 |

**ADULT PROTECTIVE SERVICES**

| | FY06 | FY07 |
|---|---|---|
| o Referrals | | |
| - Total Referrals Received | 15,639 | 15,485 |
| - Total Referrals to APS Accepted at the Central Intake Unit for Assessment | 13,566 | 13,628 |
| - New Cases Accepted After APS Field Office Assessment | 4,819 | 5,014 |
| - Active Cases (End of Period) | 6,893 | 7,232 |
| o Legal Intervention | | |
| - Total Number of Orders to Gain Access to Premises Requested | 251 | 232 |
| - Total Number of Temporary Restraining Orders Requested | 338 | 440 |
| - Total Number of Guardian Ad Litem Orders Requested for Representation in Eviction Cases | 1,751 | 1,832 |
| - Total Number of Community Guardianship Orders Requested | 768 | 789 |
| - Total Number of Active Community Guardianship Clients (End of Period) | 1,036 | 1,145 |
| o Financial Services | | |
| - Number of Active/Pending APS Financially Managed Cases (End of Period) | 2,276 | 2,619 |

# HUMAN RESOURCES ADMINISTRATION

| INDICATORS FOR<br>MAJOR MISSIONS | FY06<br>Annual<br>Actual | FY07<br>Annual<br>Actual |
|---|---|---|
| o Eviction Services | | |
| - Eviction Referrals Found Ineligible for APS Services (%) | 88% | 87% |
| **HOME ENERGY ASSISTANCE PROGRAM (HEAP)** | | |
| o Total Grants Issued | NA | NA |
| - Total Funds Expended | NA | NA |
| - Base Grant Amount | NA | NA |
| o Human Resources Administration | | |
| - Households Served | NA | NA |
| - Funds Allocated (000) | NA | NA |
| o Department for the Aging | | |
| - Applications Taken | NA | NA |
| **HOMELESSNESS PREVENTION PROGRAM** | | |
| o Total Families | 54,046 | 54,417 |
| - Active Cases | 9,607.0 | 9,245 |
| - Closed Cases | 54,030 | 52,000 |
| o Cases Closed With Outcomes | 30,026 | 28,743 |
| - Families Diverted | 20,448 | 21,526 |
| - Families Not Diverted | 9,578 | 7,217 |
| - Diversion Rate | 68.1% | 75.0% |
| o Families at Imminent Risk | 18,340 | 19,772 |
| - Imminent Risk Families For Whom Housing Was Found | 18,201 | 19,663 |
| - Imminent Risk Diversion Rate | 99.2% | 99.4% |
| **DOMESTIC VIOLENCE AND EMERGENCY INTERVENTION SERVICES** | | |
| o Domestic Violence Shelter Program | | |
| - Average Number of Families Served per Day | 651 | 667 |
| - New Cases (Families) | 3,245 | 3,386 |
| - Number of Domestic Violence Emergency Beds (Capacity) | 2,081 | 2,081 |
| Domestic Violence Nonresidential Program Active Caseload | 2,879 | 2,957 |
| o Total Nonresidential Program Hotline Calls | 35,588 | 32,391 |

# HUMAN RESOURCES ADMINISTRATION

| INDICATORS FOR<br>MAJOR MISSIONS | FY06<br>Annual<br>Actual | FY07<br>Annual<br>Actual |
|---|---|---|
| o Services Provided by Domestic Violence Nonresidential Programs | | |
| - Counseling | 20,448 | 19,357 |
| - Information and Referrals | 60,604 | 56,442 |
| - Advocacy | 14,776 | 12,925 |
| - Community Education | 1,681 | 1,754 |