**EXHIBIT N**

**March 2006**

# IBO's Programmatic Review of the 2007 Preliminary Budget

## *Human Resource Administration (HRA)*



**New York City**
**Independent Budget Office**

Ronnie Lowenstein, Director
George Sweeting, Deputy Director
Preston Niblack, Deputy Director
Frank Posillico, Deputy Director
110 William St., 14th Floor . New York, NY 10038
Tel. (212) 442-0632 . Fax (212) 442-0350
e-mail: ibo@ibo.nyc.ny.us . http://www.ibo.nyc.ny.us

## Introductory Note

IBO's programmatic reviews of the 2007 preliminary budgets of selected city agencies is intended to assist the public and elected officials better understand the allocation of budgetary resources to city services by presenting agency budgets in a way that is more closely aligned with the actual programs, functions, and services of major city agencies.

The current city budget presentation inhibits understanding and participation in three ways.

First, agency budgets, organized into broad *units of appropriation*, do not easily allow users to understand how much money is being spent from one year to the next on the programs and services that citizens and their elected representatives care about—programs such as job training, childhood lead-poisoning prevention, HIV/AIDS prevention and treatment, after-school programs, immigrant services, affordable housing construction, and recreation programs.

Second, budget proposals are presented in terms of Financial Plan changes, rather than in terms of year-to-year comparisons. A proposed cut, or "PEG," of $1 million in a program is presented without information on how much was previously projected for spending on that program in previous Financial Plans, and whether the $1 million "cut" would leave spending lower, higher, or the same as previous years' spending levels. This presentation often manifests itself in annual debates over "hidden cuts" and what has been "baselined" in the Financial Plan. This manner of presenting the budget makes it difficult to understand the consequences for agency programs of budgetary decisions.

Finally, it is virtually impossible to link spending decisions to program results. Although at one time the city was a trailblazer in performance reporting, the lack of linkage between performance data reported in the Mayor's Management Report and elsewhere, and clear spending information, makes it difficult for citizens, elected officials, and even agency managers to know what they are getting for their money and to evaluate alternatives. Our programmatic budget presentations integrate existing performance data from the Mayor's Management Report, Capstat, and other sources produced by the Mayor's office alongside spending figures, to provide a unified presentation of both spending and performance.

Our goal in preparing these budget reviews has been to hew as closely as possible to how the agencies themselves present their organization, programs, and services, on their official Web sites and other sources, including using the agencies' own language to describe programs in most cases. While we have sought, and in most cases received, considerable input from agencies in the preparation of the program budget reviews, our presentations are not necessarily how the Mayor's budget office or the agencies themselves would present their budgets, were they to do so in programmatic terms. Nonetheless, we think that our presentations can be instructive and point the way toward how to improve understanding of the city's budget in a way that enhances public participation in the budget process.

IBO will periodically update our program budgets. We will continue to separately issue our analysis of the Preliminary Budget, including of selected agency budgets, as we have every year as required by City Charter section 246.

We welcome your comments or questions, which you may direct to IBO at (212) 442-0632, or by e-mail to **ibo@ibo.nyc.ny.us**.

# Human Resources Administration

**MISSION**

The Human Resources Administration (HRA) enhances the quality of life for all New Yorkers by providing temporary help to eligible individuals and families with social service and economic needs in order to assist them in leading independent lives. These goals are accomplished through the effective administration of a broad range of social welfare programs and services.

**AGENCY DESCRIPTION**

The Human Resources Administration spearheads New York City's welfare reform initiatives and serves a large group of New Yorkers through a wide range of social service programs. HRA's mission is to make work central in the lives of all able-bodied New Yorkers receiving public assistance. HRA's programs also ensure that those needy individuals who meet eligibility requirements are provided food, shelter, temporary financial assistance, medical care, counseling and other essential services.

**FIVE-YEAR EXPENDITURE TRENDS BY PROGRAM AREA**

| Human Resources Administration | | | | | |
|---|---|---|---|---|---|
| *Dollars in millions* | 2003 | 2004 | 2005 | 2006 Current | 2007 |
| | Actual Expenses | Actual Expenses | Actual Expenses | Modified Budget | Preliminary Budget |
| **Spending by Program Area** | | | | | |
| Medicaid | $3,479.3 | $3,766.0 | $4,243.0 | $3,884.6 | $4,280.1 |
| Public Assistance | 1,356.0 | 1,432.8 | 1,503.3 | 1,541.6 | 1,590.6 |
| Employment Support | 414.3 | 406.4 | 367.2 | 325.5 | 310.0 |
| Food Support | 63.8 | 61.0 | 65.2 | 64.7 | 54.3 |
| Child Care | 173.4 | 214.6 | 241.1 | 247.6 | 244.7 |
| Home Energy Assistance | 31.4 | 28.5 | 31.9 | 33.0 | 23.3 |
| AIDS Services | 177.1 | 193.3 | 185.9 | 180.5 | 190.1 |
| Adult Protective Services | 23.8 | 26.2 | 28.4 | 28.6 | 27.7 |
| Domestic Violence | 76.2 | 79.0 | 72.1 | 77.7 | 78.9 |
| Child Support | n.a. | 38.5 | 42.6 | 54.9 | 57.1 |
| Central Administration | 364.5 | 401.2 | 423.3 | 356.5 | 380.5 |
| Financial Plan Savings | | | | 0.0 | (1.6) |
| **TOTAL** | **$6,159.7** | **6,647.5** | **$7,204.1** | **$6,795.2** | **$7,235.7** |
| | | | | | |
| **Spending by Object** | | | | | |
| Personal Services | $551.6 | $581.3 | $620.8 | $635.1 | $662.7 |
| OTPS | 5,608.1 | 6,066.3 | 6,583.3 | 6,159.9 | 6,573.0 |
| | | | | | |
| **Full-time Personnel*** | 11,411 | 14,725 | 14,270 | 14,427 | n.a. |
| | | | | | |
| **Capital Commitments** | $53.3 | $17.5 | $11.9 | $84.9 | $18.3 |
| SOURCE: IBO. | | | | | |
| NOTES: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006. | | | | | |

**Human Resource Administration**

## PROGRAM CHART

| Program Areas | Programs |
|---|---|
| **Medicaid** | |
| **Public Assistance** | |
| | Family Grants |
| | Safety Net Grants |
| | Eligibility Verification and Administration |
| | Public Assistance Non-Grant |
| **Employment Support** | |
| | Employment Programs |
| | Substance Abuse Services |
| **Food Support** | |
| | Food Stamps |
| | Emergency Food Assistance Program |
| **Child Care** | |
| **Home Energy Assistance** | |
| **AIDS Services** | |
| **Adult Protective Services** | |
| **Domestic Violence** | |
| **Child Support** | |
| **Central Administration** | |

**Human Resources Administration**
Medicaid

## PROGRAM AREA:  MEDICAID

Medicaid provides public health insurance coverage for eligible low-income individuals. The Medicaid program area in HRA includes spending on eligibility determination and processing of city residents applying for benefits, providing home care services through contracted vendor agencies, and paying the city's share of payments to health care providers who treat Medicaid-eligible patients.

| **Medicaid**<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$4,242,989** | **$3,884,613** | **$4,280,145** |
|    Personal services | 89,036 | 103,892 | 97,286 |
|    Other than personal services | 4,153,953 | 3,780,721 | 4,182,859 |
| | | | |
| **Full-time Positions** | 2,147 | 2,218 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

***Performance Results:*** No reported performance statistics.

**Human Resources Administration**
Public Assistance

## PROGRAM AREA: PUBLIC ASSISTANCE

The Public Assistance program area includes grant payments to families through the Family Assistance program and the continuing Safety Net Assistance program for families that have reached their 60 month limit for federal assistance, grant payments to single adults and couples without minor children through the Safety Net Assistance program, eligibility determination and other administrative expenditures, and public assistance non-grant programs.

| **Public Assistance**<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$1,503,308** | **$1,541,567** | **$1,590,568** |
| Personal services | 152,662 | 158,672 | 160,098 |
| Other than personal services | 1,350,646 | 1,382,895 | 1,430,470 |
| | | | |
| **Full-time Positions** | 3,750 | 3,696 | n.a. |
| | | | |
| **Programs** | | | |
| Family Grants | $874,884 | 820,176 | 843,540 |
| Safety Net Grants | 400,994 | 470,746 | 500,296 |
| Eligibility Verification & Admin | 201,695 | 209,774 | 211,006 |
| PA Non-Grant | 25,735 | 40,871 | 35,726 |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

***Performance Results:*** See program sections.

**Human Resources Administration**
Public Assistance

## Program: Family Grants

The Family Grants program includes grant payments to families through the Family Assistance program and the continuing Safety Net Assistance program for families that have reached their 60 month limit for federal assistance.

| Family Grants<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$874,884** | **$820,176** | **$843,540** |
| PS | 0 | 0 | 0 |
| OTPS | 874,884 | 820,176 | 843,540 |
| | | | |
| **Full-time Positions** | 0 | 0 | n.a. |
| SOURCES: IBO.<br>NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006. | | | |

*Performance Results:*

| Family Grants<br>*Performance Statistics* | Type of Indicator | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Persons Receiving Grants – Avg. | Output | 374,824 | 335,329 | 334,204 | 320,681 |
| SOURCE: HRA Facts. | | | | | |

**Human Resources Administration**
Public Assistance

## Program: Safety Net Grants

The Safety Nets Grants program includes grant payments to single adults and couples without minor children through the Safety Net Assistance program.

| Safety Net Grants<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$400,994** | **$470,746** | **$500,296** |
| PS | 0 | 0 | 0 |
| OTPS | 400,994 | 470,746 | 500,296 |
| **Full-time Positions** | 0 | 0 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

*Performance Results:*

| Safety Net Grants<br>*Performance Statistics* | Type of Indicator | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Persons Receiving Grants – Avg. | Output | 82,087 | 87,739 | 97,755 | 105,447 |
| SOURCE: HRA Facts. | | | | | |

**Human Resources Administration**
Public Assistance

## Program: Eligibility Verification and Administration

This program includes eligibility verification for public assistance clients and other functions related to administering the grants programs for families and individuals.

| Eligibility Verification and Administration *Dollars in thousands* | 2005 Actual Expenses | 2006 Current Modified Budget | 2007 Preliminary Budget |
|---|---|---|---|
| **Spending** | **$201,695** | **$209,774** | **$211,006** |
| PS | 152,662 | 158,672 | 160,098 |
| OTPS | 49,033 | 51,102 | 50,908 |
| **Full-time Positions** | 3,750 | 3,696 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

***Performance Results:*** No reported performance statistics.

**Human Resources Administration**
Public Assistance

## Program: Public Assistance Non-Grant

This program includes public assistance non-grant services.

| Public Assistance Non-Grant *Dollars in thousands* | 2005 Actual Expenses | 2006 Current Modified Budget | 2007 Preliminary Budget |
|---|---|---|---|
| **Spending** | **$25,735** | **$40,871** | **$35,726** |
| PS | 0 | 0 | 0 |
| OTPS | 25,735 | 40,871 | 35,726 |
| | | | |
| **Full-time Positions** | 0 | 0 | n.a. |

SOURCE: IBO
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

***Performance Results:*** No reported performance statistics.

**Human Resources Administration**
Employment Support

## PROGRAM AREA: EMPLOYMENT SUPPORT

The Employment Support program area includes work experience, job preparation, and job placement programs for public assistance applicants and recipients. It also includes substance abuse services for clients with substance abuse problems that act as a barrier to employment and independent living.

| **Employment Support** *Dollars in thousands* | 2005 Actual Expenses | 2006 Current Modified Budget | 2007 Preliminary Budget |
|---|---|---|---|
| **Spending** | **$367,230** | **$325,468** | **$310,040** |
|   Personal services | 4,456 | 19,448 | 6,085 |
|   Other than personal services | 362,774 | 306,020 | 303,955 |
| | | | |
| **Full-time Positions** | 52 | 51 | n.a. |
| | | | |
| **Programs** | | | |
|   Employment Programs | $269,538 | $242,716 | $225,873 |
|   Substance Abuse Services | 97,692 | 82,752 | 84,167 |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

***Performance Results:*** See program sections.

**Human Resources Administration**
Employment Support

## Program: Employment Programs

The Employment Support program includes work experience, job preparation, and job placement programs for public assistance applicants and recipients.

| Employment Programs<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$269,538** | **$242,716** | **$225,873** |
| PS | 929 | 19,448 | 4,671 |
| OTPS | 268,609 | 223,268 | 221,202 |
| **Full-time Positions** | 17 | 18 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

*Performance Results:* No reported performance statistics.

**Human Resources Administration**
Employment Support

## Program: Substance Abuse Services

The Substance Abuse Services program includes rehabilitation services for clients with substance abuse problems that act as a barrier to employment and independent living.

| Substance Abuse Services<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$97,692** | **$82,752** | **$84,167** |
| PS | 3,527 | 0 | 1,414 |
| OTPS | 94,165 | 82,752 | 82,753 |
| **Full-time Positions** | 35 | 33 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

***Performance Results:*** No reported performance statistics.

**Human Resources Administration**
Food Support

## PROGRAM AREA: FOOD SUPPORT

The Employment Support program area includes the administration of the Food Stamps program, although not the costs of the Food Stamp grants, which are paid out by the federal government. It also includes the Emergency Food Assistance Program, which provides funds for food pantries and soup kitchens throughout the city.

| **Food Support** *Dollars in thousands* | 2005 Actual Expenses | 2006 Current Modified Budget | 2007 Preliminary Budget |
|---|---|---|---|
| **Spending** | **$65,215** | **$64,698** | **$54,280** |
| Personal services | 48,162 | 39,659 | 39,416 |
| Other than personal services | 17,053 | 25,039 | 14,864 |
| | | | |
| **Full-time Positions** | 1,337 | 1,364 | n.a. |
| | | | |
| **Programs** | | | |
| Food Stamps | $51,279 | $49,922 | $43,864 |
| Emergency Food Assist Prog | 13,936 | 14,776 | 10,416 |
| SOURCE: IBO. NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006. | | | |

*Performance Results:* See program sections.

**Human Resources Administration**
Food Support

## Program: Food Stamps

The Food Stamps program includes the administration of the federal Food Stamps program in New York City, although not the costs of the Food Stamp grants, which are paid out by the federal government and not part of the city budget.

| Food Stamps<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$51,279** | **$49,922** | **$43,864** |
| PS | 48,162 | 39,659 | 39,416 |
| OTPS | 3,117 | 10,263 | 4,448 |
| | | | |
| **Full-time Positions** | 1,337 | 1,364 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

### *Performance Results:*

| Food Stamps<br>***Performance Statistics*** | Type of<br>Indicator | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Persons Receiving Food Stamps – Average in Thousands | Output | 813 | 843 | 945 | 1,063 |

SOURCE: NYS Department of Temporary and Disability Assistance.

**Human Resources Administration**
Food Support

## Program: Emergency Food Assistance Program

The Emergency Food Assistance Program provides funds for food pantries and soup kitchens throughout the city.

| Emergency Food Assistance Program *Dollars in thousands* | 2005 Actual Expenses | 2006 Current Modified Budget | 2007 Preliminary Budget |
|---|---|---|---|
| **Spending** | **$13,936** | **$14,776** | **$10,416** |
| PS | 0 | 0 | 0 |
| OTPS | 13,936 | 14,776 | 10,416 |
| **Full-time Positions** | 0 | 0 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

***Performance Results:*** No reported performance statistics.

**Human Resources Administration**
Child Care

## PROGRAM AREA: CHILD CARE

This program area includes funds for program administration and payments to contractors and individuals who provide child care services for families receiving public assistance to allow them to participate in work-related activities.

| Child Care<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$241,109** | **$247,583** | **$244,666** |
| Personal services | 51 | 2,961 | 44 |
| Other than personal services | 241,058 | 244,622 | 244,622 |
| **Full-time Positions** | 1 | 1 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

*Performance Results:*

| Key Performance Measures | Type of<br>Indicator | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Children in Child Care – Average | Usage | 35,563 | 43,537 | 44,093 | 48,224 |
| SOURCE: Human Resource Administration. | | | | | |

**Human Resources Administration**
Home Energy Assistance

## PROGRAM AREA: HOME ENERGY ASSISTANCE

This program area determines eligibility for Home Energy Assistance Program (HEAP) funds and makes grant payments to eligible low-income individuals. It includes the federal HEAP funds, which are part of the city budget.

| **Home Energy Assistance**<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$31,924** | **$33,008** | **$23,330** |
| Personal services | 1,295 | 372 | 1,330 |
| Other than personal services | 30,629 | 32,636 | 22,000 |
| | | | |
| **Full-time Positions** | 33 | 32 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

***Performance Results:*** No reported performance statistics.

**Human Resources Administration**
AIDS Services

## PROGRAM AREA: AIDS SERVICES

This program area includes funds for program administration and payments to contractors who provide a variety of services including cash assistance, home care services and housing assistance to clients of the HIV/AIDS Services Administration.

| AIDS Services<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$185,890** | **$180,462** | **$190,138** |
| Personal services | 54,225 | 40,414 | 47,987 |
| Other than personal services | 131,665 | 140,048 | 142,151 |
| **Full-time Positions** | 1,291 | 1,285 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

*Performance Results:*

| Key Performance Measures<br>*Performance Statistics* | Type of<br>Indicator | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| AIDS Services Cases - Average | Usage | 29,271 | 30,760 | 31,064 | 31,161 |
| SOURCE: Human Resource Administration. | | | | | |

**Human Resources Administration**
Adult Protective Services

## PROGRAM AREA: ADULT PROTECTIVE SERVICES

This program area provides services to individuals 18 years of age and older without regard to income who are mentally or physically impaired and who are unable to manage their own resources, carry out activities of daily living or protect themselves, without assistance from others. Services may include referrals for psychiatric or medical exams, assistance in obtaining government entitlements and other social services, cleaning services, and identification of alternate living arrangements.

| **Adult Protective Services**<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$28,424** | **$28,587** | **$27,686** |
| Personal services | 16,267 | 19,196 | 18,305 |
| Other than personal services | 12,157 | 9,391 | 9,381 |
| **Full-time Positions** | 380 | 383 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

*Performance Results:*

| **Key Performance Measures**<br>***Performance Statistics*** | Type of<br>Indicator | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Adult Protective Services Cases –<br>Average | Usage | 3,656 | 4,418 | 5,118 | 5,421 |
| SOURCE: Human Resource Administration Facts. | | | | | |

**Human Resources Administration**
Domestic Violence

## PROGRAM AREA: DOMESTIC VIOLENCE

This program area provides temporary housing, emergency shelter, and supportive services for victims of domestic violence and their children.

| **Domestic Violence**<br>*Dollars in thousands* | 2005<br>Actual<br>Expenses | 2006<br>Current<br>Modified<br>Budget | 2007<br>Preliminary<br>Budget |
|---|---|---|---|
| **Spending** | **$72,063** | **$77,735** | **$78,866** |
| Personal services | 9,112 | 6,989 | 9,673 |
| Other than personal services | 62,951 | 70,746 | 69,193 |
| **Full-time Positions** | 178 | 183 | n.a. |
| SOURCE: IBO.<br>NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006. | | | |

*Performance Results:* No reported performance statistics.

**Human Resources Administration**
Child Support

## PROGRAM AREA: CHILD SUPPORT

This program area helps custodial parents – parents living with and caring for their children – obtain the financial support that their children deserve from non-custodial parents. Services are provided to public assistance and non-public assistance parents regardless of income. Assistance is available to locate non-custodial parents, establish paternity and child support orders, and collect and enforce payments.

| **Child Support** <br> *Dollars in thousands* | 2005 <br> Actual <br> Expenses | 2006 <br> Current <br> Modified <br> Budget | 2007 <br> Preliminary <br> Budget |
|---|---|---|---|
| **Spending** | **$42,602** | **$54,939** | **$57,136** |
|    Personal services | 28,056 | 29,760 | 33,207 |
|    Other than personal services | 14,546 | 25,179 | 23,929 |
| **Full-time Positions** | 712 | 714 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

*Performance Results:*

| **Key Performance Measures** <br> *Performance Statistics* | Type of <br> Indicator | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Child Support Collected ($ millions) | Usage | n.a. | n.a. | 521 | 547 |
| SOURCE: Mayor's Management Report. | | | | | |

**Human Resources Administration**
Central Administration

## PROGRAM AREA: CENTRAL ADMINISTRATION

This program area includes funding for all administrative functions, such as the agency's budget and contract offices, which cannot be clearly linked to specific program areas.

| **Central Administration** *Dollars in thousands* | 2005 Actual Expenses | 2006 Current Modified Budget | 2007 Preliminary Budget |
|---|---|---|---|
| **Spending** | **$423,310** | **$356,473** | **$380,473** |
| Personal services | 217,483 | 213,767 | 250,904 |
| Other than personal services | 205,827 | 142,706 | 129,569 |
| **Full-time Positions** | 4,389 | 4,500 | n.a. |

SOURCE: IBO.
NOTE: *Full-time personnel: June 30 actual for 2002 through 2005; as of November 30 for 2006.

***Performance Results:*** No reported performance statistics.