UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| MATILDA BELOVIC, by her next friend, SUELLEN TOZZI; GENEVIEVE C.; MADELAINE ANDREWS; MARY B.; and MAUREEN CURRAN, by her next friend, SARAH T. GILLMAN, individually, and on behalf of all others similarly situated, | 07 – CIV – 02876 (LAP)(KNF) ECF CASE |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| against | |
| ROBERT DOAR, as Commissioner of the New York City Human Resources Administration; GLADYS CARRION, as Commissioner of the New York State Office of Children & Family Services; DAVID HANSELL, as Acting Commissioner of the New York State Office of Temporary & Disability Assistance; and RICHARD F. DAINES, as Acting Commissioner of the New York State Department of Health, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the Clerk of this court and all parties of record:

Enter my appearance as additional co-counsel in this case for Plaintiffs Matilda Belovic, by her next friend, Suellen Tozzi; Genevieve C.; Madelaine Andrews; Mary B.; and Maureen Curran, by her next friend, Sarah T. Gillman, individually, and on behalf of all others similarly situated.  I certify that I am admitted to practice in this Court.

December 20, 2007       -2-

          ___/s/Michael D. Sant'Ambrogio_____
          Michael D. Sant'Ambrogio
          NEW YORK LEGAL ASSISTANCE GROUP
          450 West 33rd Street, 11th Floor
          New York, New York 10001
          Tel:  (212) 613-5085
          Fax:  (212) 750-0820

          Attorneys for Plaintiffs