UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

       Plaintiffs,      07 CV 02876 (LAP)

      -against-

ROBERT DOAR, as Commissioner of the
New York City Human Resources Administration;
GLADYS CARRION, as Commissioner of the New York  **NOTICE**
State Office of Children & Family Services;      **OF APPEARANCE**
DAVID HANSELL, as Acting Commissioner of the New
York State Office of Temporary & Disability Assistance; and
RICHARD F. DAINES, as Acting Commissioner of the
New York State Department of Health,

       Defendants.
------------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that the undersigned appears as an attorney of record for defendants GLADYS CARRION, as Commissioner of the New York State Office of Children & Family Services; DAVID HANSELL, as Acting Commissioner of the New York State Office of Temporary & Disability Assistance; and RICHARD F. DAINES, as Acting Commissioner of the New York State Department of Health ("State defendants"), and his address and telephone number are set forth below.

Dated: New York, New York
January 24, 2008

        ANDREW M. CUOMO
        Attorney General of the State of New York
        <u>Attorney for State Defendants</u>

        By:    S/
        ROBERT L. KRAFT,
        Assistant Attorney General
        120 Broadway, 24th Floor
        New York, New York 10271
        (212) 416-8632