UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

MATILDA BELOVIC, by her next friend, SUELLEN TOZZI; GENEVIEVE C.; MADELAINE ANDREWS; MARY B.; and MAUREEN CURRAN, by her next friend, SARAH T. GILLMAN, individually, and on behalf of all others similarly situated,

**NOTICE OF APPEARANCE**

                      Plaintiffs,   07 Civ. 2876 (LAP)(KNF)

-against-

ROBERT DOAR, *et al.*,

                      Defendants.

---------------------------------------------------------------------x

       **PLEASE** enter the appearance of the undersigned on behalf of defendant Doar in the above titled action.

Dated:     New York, New York
              February 12, 2008

                                  **MICHAEL A. CARDOZO**
                                  Corporation Counsel of the
                                    City of New York
                                  Attorney for Defendants
                                  100 Church Street, Room 2-126
                                  New York, New York  10007
                                  (212) 788-0849
                                  e-mail: SKitzing@law.nyc.gov

                          By: _____
                                  Stephen Kitzinger
                                  Assistant Corporation Counsel