UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

MATILDA BELOVIC, by her next friend, SUELLEN TOZZI; GENEVIEVE C.; MADELAINE ANDREWS; MARY B.; and MAUREEN CURRAN, by her next friend, SARAH T. GILLMAN, individually, and on behalf of all others similarly situated,

**AMENDED NOTICE OF APPEARANCE**

                                                      Plaintiffs,

07 Civ. 2876 (LAP)(KNF)

        -against-

ROBERT DOAR, *et al.*,

                                                     Defendants.

---------------------------------------------------------------------x

        **PLEASE** enter the appearance of the undersigned on behalf of defendant Doar in the above titled action.

Dated:        New York, New York
                 February 22, 2008

                                    **JEFFREY D. FRIEDLANDER**
                                    Acting Corporation Counsel of the
                                      City of New York
                                    Attorney for Defendants
                                    100 Church Street, Room 2-126
                                    New York, New York  10007
                                    (212) 788-0849
                                    e-mail: SKitzing@law.nyc.gov

                          By:    s/Stephen Kitzinger
                                Stephen Kitzinger
                                Assistant Corporation Counsel