UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

MATILDA BELOVIC, by her next friend, SUELLEN
TOZZI; GENEVIEVE C.; MADELAINE ANDREWS;
MARY B.; and MAUREEN CURRAN, by her next
friend, SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

**NOTICE OF APPEARANCE**

                                              Plaintiffs,    07 Civ. 2876 (LAP)(KNF)

                    -against-

ROBERT DOAR, *et al.*,

                                              Defendants.

-------------------------------------------------------------------x

        **PLEASE** enter the appearance of the undersigned on behalf of defendant Doar in

the above titled action.

Dated:        New York, New York
              February 25, 2008

                              **JEFFREY D. FRIEDLANDER**
                              Acting Corporation Counsel of the
                                City of New York
                              Attorney for Defendants
                              100 Church Street, Room 2-306
                              New York, New York  10007
                              (212) 788-0957
                              e-mail: stweber@law.nyc.gov


                              By:      s/Steven D. Weber
                                       Steven D. Weber
                                       Assistant Corporation Counsel