



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

| MICHAEL A. CARDOZO | THE CITY OF NEW YORK | STEVEN D. WEBER |
| Corporation Counsel | **LAW DEPARTMENT** | Phone: (212) 788-0957 |
| | 100 CHURCH STREET | Fax: (212) 788-0940 |
| | NEW YORK, NY 10007 | stweber@law.nyc.gov |

February 26, 2008

**VIA FACSIMILE**

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  Belovic v. Doar, et al.,
           Case No. 07 Civ. 2876 (LAP)(KNF)

Dear Judge Preska:

       I am an Assistant Corporation Counsel assigned to assist in the representation of Defendant Commissioner Robert Doar in this action. I am writing to inform the Court that the wife of Stephen Kitzinger, the lead counsel for defendant Doar in this case, gave birth to a baby this weekend, a month before her due date. Health issues require that Mr. Kitzinger's child remain in the neo-natal intensive care unit until, at the earliest, this weekend. As such, Mr. Kitzinger is not presently available to address the issues raised in Plaintiffs' letter dated February 15, 2008. He has advised me that defendant Doar disagrees with Plaintiffs' characterization of his position concerning discovery. He further advises that, as per the representations set forth in his letter dated January 16, 2008, the documents are being prepared for production in the event that Your Honor determines that the information contained in such files is "necessary" for the instant litigation. Due to Mr. Kitzinger's unexpected absence from this office, defendant Doar requests that he be allowed to submit his response to Plaintiffs' letter dated February 15, 2008, two weeks from the date of this letter.

       Thank you for your consideration of this request.

SO ORDERED.
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 27, 2008

Respectfully yours,

*Steven D. Weber*
Steven D. Weber
Assistant Corporation Counsel