

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN D. WEBER
Phone: (212) 788-0957
Fax: (212) 788-0940
stweber@law.nyc.gov

```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #: _____
                    DATE FILED: 3/7/08
```

March 6, 2008

**VIA FACSIMILE**

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Belovic v. Doar, et al.</u>,
        Case No. 07 Civ. 2876 (LAP)(KNF)

Dear Judge Preska:

    I am an Assistant Corporation Counsel assigned to assist in the representation of Defendant Commissioner Robert Doar in this action. I write to inform the Court that unfortunately Mr. Kitzinger's newborn son remains in the NICU. As such, his absence from the office will be extended by at least one week, to March 17, 2008, and he will not be available to address the issues raised in Plaintiffs' letter dated February 15, 2008. Accordingly, I respectfully request that the Court allow Defendant until <u>March 24, 2008, to submit a response to Plaintiffs'</u> <u>letter dated February 15, 2008.</u>

    Thank you for your consideration of this request.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
March 7, 2008

Respectfully yours,

*/s/ Steven D. Weber*
Steven D. Weber
Assistant Corporation Counsel

cc:   <u>VIA FACSIMILE</u>
     Jane Greengold Stevens
     Michael Sant'Ambrogio
     Claire Gutekunst
     Ivan Rubin
     Robert L. Kraft