UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

                    Plaintiffs,

    -against-

ROBERT DOAR, as Commissioner of the New
York City Human Resources Administration;
GLADYS CARRION, as Commissioner of the
New York State Office of Children & Family
Services; DAVID HANSELL, as Acting
Commissioner of the New York State Office of
Temporary & Disability Assistance; and
RICHARD F. DAINES, as Acting Commissioner
of the New York State Department of Health,

                    Defendants.

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

07-CIV-2876 (LAP)(KNF)

ECF CASE

**Order**

      **WHEREAS**, Plaintiffs served their First Request to City Defendant for Production of Documents Concerning Class Certification Issues on November 2, 2007, including Request No. 25 for documents concerning complaints about the provision of any adult protective services, which was modified by Paragraph 6 of the Stipulation and Order signed by the Court on December 7, 2007 (as so modified, "complaint documents"); and

      **WHEREAS**, the complaint documents requested by plaintiffs may be subject to the confidentiality provisions of N.Y. Social Services Law § 473-e(2)(c); and

      **WHEREAS**, defendant Doar declined to produce any complaint documents in the absence of a finding by the Court, pursuant to N.Y. Social Services Law § 473-e(2)(c), that such records were necessary for the use of a party to this litigation;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.  Pursuant to N.Y. Social Services Law § 473-e(2)(c), the Court finds that the complaint documents sought by Plaintiffs are necessary for the use of a party in this civil action.

2.  Defendant Doar shall produce the complaint documents, with all personal identifying information redacted, within two business days of the date this order is entered on the docket maintained by the Clerk of the United States District Court for the Southern District of New York for this case.

3. This Order is without prejudice to Plaintiffs' right to renew their request for copies of any or all complaint documents unredacted in whole or in part for use in the class certification phase of this case after reviewing the redacted copies and/or thereafter for use in the merits phase of this case, and this Order is without prejudice to Defendant Doar's right to oppose any such request by Plaintiffs.

SO ORDERED:

*April 2*, 2008

*Loretta A. Preska*

Hon. Loretta A. Preska
United States District Court Judge

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**Claire P. Gutekunst**
Member of the Firm

Direct Dial 212.969.3421
cgutekunst@proskauer.com

March 26, 2008

**By Facsimile (212.805.7941)**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re:   *Belovic v. Doar*, 07 Civ. 2876 (LAP)(KNF)

Dear Judge Preska:

I am co-counsel for Plaintiffs in the referenced action. On behalf of Plaintiffs and Defendant Doar, I am attaching a proposed order concerning Defendant Doar's production of complaint documents, as Your Honor directed during our conference call on Monday, March 24, 2008. If you have any questions, please feel free to contact me or counsel for Defendant Doar, Stephen Kitzinger (212.788.0849).

Thank you for your consideration.

Respectfully submitted,

*Claire P. Gutekunst*

Claire P. Gutekunst

Attachment

cc (by e-mail, w/ att.):
    Stephen Kitzinger, Esq.
    Robert L. Kraft, Esq.
    Jane Greengold Stevens, Esq.