UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;             07 – CIV – 02876 (LAP)(KNF)
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,      ECF CASE
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

                      Plaintiffs,          **NOTICE OF APPEARANCE**

    against

ROBERT DOAR, as Commissioner of the New
York City Human Resources Administration;
GLADYS CARRION, as Commissioner of the
New York State Office of Children & Family
Services; DAVID HANSELL, as Acting
Commissioner of the New York State Office of
Temporary & Disability Assistance; and
RICHARD F. DAINES, as Acting Commissioner
of the New York State Department of Health,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


To the Clerk of this court and all parties of record:

       Enter my appearance as additional co-counsel in this case for Plaintiffs Matilda Belovic,

by her next friend, Suellen Tozzi; Genevieve C.; Madelaine Andrews; Mary B.; and Maureen

Curran, by her next friend, Sarah T. Gillman, individually, and on behalf of all others similarly

situated.  I certify that I am admitted to practice in this Court.


August 8, 2008


                              _____/s/ Jennifer Magida_____
                              Jennifer Magida
                              NEW YORK LEGAL ASSISTANCE GROUP

450 West 33rd Street, 11th Floor
New York, New York 10001
Tel:  (212) 613-5046
Fax:  (212) 750-0820

Attorneys for Plaintiffs