```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Belovic,
                Plaintiff,                  07 Civ. 2876 (LAP)

        -against-                           ORDER OF CONFERENCE

Doe,
                Defendants.
------------------------------------x

LORETTA A. PRESKA, United States District Judge:

   It is hereby

   ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on November 23, 2009 at 10:30 a.m. for a conference in the above action.

SO ORDERED

November 3, 2009

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.