

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: 1/7/10              │
└─────────────────────────────────┘
```

Yisroel Schulman, Esq.
President & Attorney-In-Charge

By Facsimile

January 6, 2010

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **Belovic v. Doar,** 07 Civ 2876 (LAP) (KNF)

Dear Judge Preska:

I write, as you requested, to inform the Court of the names of attorneys who no longer represent the plaintiffs in this case but whose names still appear on the docket. Caroline Hickey, Deborah Berkman, and Michael Sant'Ambrogio have all left the employ of New York Legal Assistance Group (NYLAG); none of them represent plaintiffs herein. Jason Parkin is still at NYLAG, but he is no longer working on this case.

Thank you for your attention to this matter.

Respectfully,

Jane Greengold Stevens
One of the Attorneys for the Plaintiffs

cc:    Stephen Kitzinger (via e-mail)
       Robert Kraft (via e-mail)
       Steven Weber (via e-mail)
       Claire P. Gutekunst (via e-mail)

*The Clerk of the Court shall remove the above-noted four names from the ECF notification list in this action.*

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

January 6, 2010

450 West 33rd Street • New York, NY • 10001-2603 • Telephone (212) 613-5000 Fax (212) 750-0820
www.nylag.org