UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

MATILDA BELOVIC, by her next friend,
SUELLEN TOZZI; GENEVIEVE C.;
MADELAINE ANDREWS; MARY B.; and
MAUREEN CURRAN, by her next friend,
SARAH T. GILLMAN, individually, and on
behalf of all others similarly situated,

                     Plaintiffs,

       -against-

ROBERT DOAR, as Commissioner of the
New York City Human Resources
Administration; GLADYS CARRION, as
Commissioner of the New York State Office
of Children & Family Services; DAVID
HANSELL, as Acting Commissioner of the
New York State Office of Temporary &
Disability Assistance; and RICHARD F.
DAINES, as Acting Commissioner of the New
York State Department of Health,

                     Defendants.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/10

07 Civ. 02876 (LAP)(KNF)

STIPULATION OF
DISMISSAL and ORDER

      **WHEREAS**, Plaintiffs commenced this action on April 10, 2007 by filing a class action complaint pursuant to 42 U.S.C. § 12132 et seq., 29 U.S.C. § 794 et seq., and N.Y. Soc. Serv. Law § 473 et seq., for declaratory and injunctive relief on behalf of all current and future clients of the New York City Human Resources Administration's Adult Protective Services program ("APS") who allege that they did not receive, are not receiving or will not receive the protective services from APS to which they are legally entitled;

      **NOW, IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned attorneys for the respective parties herein, that:

1. Plaintiffs' claims against Robert Doar, Commissioner of the New York City Human Resources Administration, concerning the provision of homemaker and housekeeper/chore services based upon 18 N.Y.C.R.R. § 457.1(d)(10) shall be, and hereby are, dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

2. This Stipulation is final and binding upon the parties, their successors and their assigns.

JEFFREY D. FRIEDLANDER
Acting Corporation Counsel of the
   City of New York
*Attorney for Defendant Doar*
100 Church Street, Room 2-126
New York, New York 10007

By: _____
STEPHEN KITZINGER
Assistant Corporation Counsel
(212) 788-0849
skitzing@law.nyc.gov

YISROEL SCHULMAN
NEW YORK LEGAL ASSISTANCE GROUP
*Attorney for Plaintiffs*
Jane Greengold Stevens
Sabrina Tavi
Jennifer Magida
450 West 33rd Street, 11th Floor
New York, NY 10001
(212) 613-5000

By: _____
JANE GREENGOLD STEVENS
(212) 613-5031
jstevens@nylag.org

2

PROSKAUER ROSE LLP
*Attorney for Plaintiffs*
Claire P. Gutekunst
Erin Durba
Elizabeth Figueira
Earl White
1585 Broadway
New York, NY 10036-8299
(212) 969-3000

By: */s/ Claire P. Gutekunst*
CLAIRE P. GUTEKUNST
(212) 969-3421
cgutekunst@proskauer.com

So ordered:

*/s/ Loretta A. Preska*
Hon. Loretta A. Preska

Dated: October 28, 2010
New York, New York

3